IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY A. THOMPSON, | ) | CASE NO. 8:12CV191 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| NEBRASKA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 17.) Petitioner seeks reconsideration of the court's October 18, 2012, Memorandum and Order and Judgment that dismissed Petitioner's claims with prejudice. (Filing Nos. 15 and 16.) The court has carefully reviewed Petitioner's Motion and finds no good cause to reconsider any portion of its October 18 Memorandum and Order or Judgment.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Reconsideration (Filing No. 17) is denied.

DATED this 21st day of November, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.